EXHIBIT "A"



Thanks & Best,

Elliot