EXHIBIT "B"

**Steven C. Vondran, Esq.**
AZ Lic. #: 025911
CA Lic. #: 232377
steve@vondranlegal.com



Business | Real Estate
Intellectual Property | Software

-Est. 2004-

## THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.

December 3, 2018

Vacation Rental in Mammoth
Attn: Mr. Kenneth John Rhode, Owner
39 Woodhaven Dr.
Laguna Niguel, CA 92677-2819

VIA US MAIL AND/OR EMAIL: reservations@vacationrentalinmammoth.com;
vacationrentalinmammoth.com@domainsbyproxy.com

*Re: Unauthorized use of copyrighted photograph(s) / cease and desist / FRE 408 Confidential Settlement Communication and infringement materials.*

**File#: 969**

THIS IS A LEGAL DEMAND LETTER AND MAY AFFECT YOUR LEGAL RIGHTS. PLEASE FORWARD TO THE PROPER PERSON OR DEPARTMENT FOR IMMEDIATE RESPONSE.

To Whom it May Concern,

Please be advised that our firm represents commercial photographer *Elliot McGucken Fine Art Photography* ("EMFAP"). EMFAP is the owner of the copyrighted image(s) as set forth in the attached **Exhibit "A."** The pertinent copyright registrations made with the United States Copyright Office are attached as **Exhibit "B."**

We are writing this letter because copyright image(s) owned by my Client (**Exhibit "A"**) have been found promoting your products and/or services with my client's image(s). Perhaps they have been downloaded from Google images or other similar websites where you or may have wrongfully believed the images were royalty-free and free for use. This is not the case, and in this case, copying and using my Client's images (without a proper legal license) constitutes copyright infringement under the United States copyright law even if, for example, it was done by a third party on your behalf, such as by a webmaster. The photo(s) are on your company website which is why we are sending you this letter.

Please be advised that my client has no record of any license being acquired by you or your company. If we are in any way mistaken please provide written evidence of same **within 7 business days** of the date of this letter so that we may review your claim of license. You can email any evidence or proof to us at claims@vondranlegal.com.

---

Phoenix: 2415 E. Camelback Road, Suite 700, Phoenix, Arizona 85016 | Beverly Hills: 9701 Wilshire Blvd., Suite 1000, Beverly Hills CA 90212
Newport Beach: 620 Newport Ctr. Drive, Suite 1100, Newport Beach, CA 92660 | San Diego: 8880 Rio San Diego Drive, 8th Floor, San Diego, CA 92108
San Francisco: One Sansome Street, Suite 3500, San Francisco, CA 94104

www.VondranLegal.com   Phone: (877) 276-5084   Fax: (888) 551-2252

December 3, 2018
Page 2 of 4

In the event there is no valid legal license, reproducing and publicly displaying my client's image(s) on your website constitutes copyright infringement, whether or not it is deemed "willful" or even "innocent" in nature. This is true whether there or not there may have been a copyright notice or symbol on the photo.

My Client is a professional level photographer who values his work and does not appreciate businesses (or even individuals/sole proprietors) using his work without his express written permission and the failure to pay proper licensing fees naturally harms his commercial efforts and strips control from the photographer. Moreover, preventing unauthorized use of images can be a very time-consuming process having to continually try to identify and stop unauthorized uses.

Assuming your company does not have a proper license, we believe the unauthorized use and reproduction of the works at issue (as set forth in **Exhibit "A" and "B"** respectively) constitute a violation of *The Copyright Act, Title 17 of the United States Code*. As the violation occurred on what appears to be a corporate (commercial) website we do not consider this to be a "fair use," especially since the entire photo(s) appear to have been reproduced in its entirety in order to benefit you commercially.

Under the United States copyright laws, if we cannot amicably resolve this situation, and if we are forced to go to court, my client will be seeking the maximum monetary penalties possible, which may include statutory damages under *17 U.S.C. §504* (which authorizes up to $150,000 for willful (intentional) infringement or up to $30,000 for unintentional infringement). This means, even if you posted the photos not knowing it was copyrighted this is still infringement. Courts may also award attorney fees to a prevailing party in a copyright litigation case. In addition, if required, we may be forced to seek an injunction to stop the infringing conduct. At this time, we respectfully request that you immediately cease and desist using this image.

In addition, we are currently investigating whether or not your unauthorized use has violated a separate copyright DMCA provision [*17 U.S.C. §1202*] which prohibits altering or removing *copyright management information* ("CMI") such as re-posting the photo(s) at issue without the copyright symbol, authors name, photo title or other information that the photographer may have provided. This is a separate violation that can trigger penalties of (a minimum) of $2,500.

In short, we consider any unlicensed activity to be a *willful violation* of copyright law as it is clear to most people that you cannot utilize professional photography for business uses without properly obtaining rights to use the image. In fact most business owners are aware that there are many *stock photography* websites that license photos (for a fee), and ignorance of the law and/or failure to obtain the proper rights is not a valid defense.

You should also note that while corporate officers may normally be protected by a "corporate veil" in copyright infringement cases federal case law has held that it is possible to hold officers and directors of the corporation *personally liable*. While we believe my Client has the present right to file

December 3, 2018
Page 3 of 4

a civil lawsuit for damages, we are also willing to try to resolve this amicably, and out of court, if we can get this matter resolved quickly and without expending an undue amount of time.  This naturally would save everyone the stress and costs of litigating this issue in court.

## CONFIDENTIAL SETTLEMENT OFFER – FRE 408

If you are interested in resolving this matter, my Client has authorized me to settle and close this case on the following terms and conditions.

1.  Immediately takedown the infringing photos at issue from your website within 7 business days of receipt of this letter and confirm at the email below that you have done so.

2.  Pay the settlement fee of **$30,000.00** within 7 business days of the date of this letter.  This amount would cover past infringing uses and copyright enforcement and infringement fees.

3.  Sign and return the conditional copyright release license form (See **Exhibit "D"**) within 7 business days and return it by facsimile to (888) 551-2252 or email to claims@vondranlegal.com .

PAYMENT INFORMATION.  You can send in payment be either filling out the enclosed credit card authorization (See **Exhibit "C"**) or email us if you wish to pay by check or money order.  The details are set forth in the attached settlement agreement should you wish to resolve this issue.

You should also note that if your use of my Client's photo was used in connection with your advertising, you may have an insurance policy that covers our claim.  In that event, it might make sense to check with your insurance agent or have your agent or attorney contact us at the email address above.  If you do not have an attorney, you may wish to consult with, or hire one.

**If we do not receive a response from you or receive the signed agreement and payment within 30 days of the date of this letter, we will assume you have no intention of resolving this amicably out of court, and have no valid license, and in that event we reserve all rights to elevate this matter to a court of law.**

You should also realize that failure to respond to a federal court lawsuit can result in a default judgement being entered, whereby the court may set the amount of damages within the parameters noted above, and a future a wage garnishment, property lien, levy, or other collection effort could be pursued.  All legal rights are hereby reserved.

>>>>>

>>>>>

December 3, 2018
Page 4 of 4


      If you would like to contact us we can be reached at claims@vondranlegal.com . Thank you for your anticipated cooperation on settling this case on exceedingly favorable terms.


                          Very truly yours,


                          Steven C. Vondran, Esq.


Encl: Exhibits A-D / Power of Attorney/Potential Penalties
          and Damages in Copyright Infringement Cases

EXHIBIT "A"

12/3/2018



This spacious and attractive luxury townhouse in Mammoth Lakes is nestled across from the Snowcreek meadow with beautiful aspen trees on one of Mammoth's most premier properties. Located close to the Snowcreek Golf Course, Snowcreek Athletic Club and the Red Line winter shuttle this Townhome sleeps up to 8 people with space for individuals to maintain privacy. This beautifully furnished condo is laid out and divided into multiple spaces so several groups can congregate without disturbing others.

EXHIBIT "B"



VA0002111295 / 2017-12-31
Epic Bishop Creek North Lake Autumn Sunset High Sierras Fall Colors.