EXHIBIT "C"

## Lisa Vondran

**Subject:** FW: Case #969 FINAL NOTICE OF DEMAND COPYRIGHT PHOTO INFRINGEMENT
**Attachments:** 969 VACATION RENTAL IN MAMMOTH DEMAND PACKET.pdf; 969 VACATION RENTAL IN MAMMOTH COMPLAINT.docx.pdf

**From:** McGucken Golden Ratio Phi Art Design Photography <goldennumberratio@gmail.com>
**Sent:** Sunday, November 3, 2019 2:05 PM
**To:** Steve Vondran <steve@vondranlegal.com>; Lisa Vondran <lisa@vondranlegal.com>
**Subject:** Fwd: Case #969 FINAL NOTICE OF DEMAND COPYRIGHT PHOTO INFRINGEMENT

Greetings Steve & Lisa!

Hope all is great! I have been in Wyoming, Colorado, and Utah chasing the autumn colors, and I have tons of epic shots to finish!

I just noticed that the attached "**Case #969:** Vacation Rental in Mammoth" still has the infringing image live on their site today:
https://vacationrentalinmammoth.com/wp-content/uploads/2018/11/7.jpg

